**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAJ PATEL,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES, *et al.*,<br><br>Defendants. | Civil Action No. 21-16029 (SDW) (CLW)<br><br>**ORDER**<br><br>August 31, 2021 |

**THIS MATTER** having come before this Court upon *pro se* Plaintiff Raj Patel's ("Plaintiff") filing of a Complaint, (D.E. 1), and this Court having *sua sponte* reviewed the Complaint for sufficiency pursuant to Fed. R. Civ. P. 8(a)(2) and (3) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), for the reasons stated in this Court's Whereas Opinion dated August 30, 2021,

**IT IS**, on this 31st day of August 2021,

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**, and

**ORDERED** that Plaintiff shall have thirty (30) days from the date of this Order to file an amended complaint.

**SO ORDERED**.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Cathy L. Waldor, U.S.M.J.
Parties