IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE EXCELLENT, THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED STATES, ET AL.<br><br>*Defendants* | No. 2:21-cv-16029-SDW-CLW<br><br>Dated: September 15, 2021 |

**SECOND AMENDMENTS TO COMPLAINT**

I, Raj K. Patel (*pro se*), respectfully inform this District Court for District of New Jersey for leave to add and revise into the complaint the following:

## *PRO SE* COMPLAINT

…for this battery/assault/torture/terrorism/genocide/civil rights violation/conspiracy through a bio-stress weapon (body control too, as it can make you drive a car) to end and to restore the privileges and/or immunities…

Beyond these aforementioned statutory and constitutional matters, my First Amendment right to Free Exercise of Religion (i.e. gains for forward human evolution, including physical exercising; my religion tells me to workout; brain's religious-side was prevented from being used, *see* 18 U.S.C. § 247(a)(2) and *infra* (Framer's comment on the mind))[1], Academic Freedom,…

---

1. "The "exercise of religion" involves "not only belief and profession but the performance of (or abstention from) physical acts" that are "engaged in for religious reasons." *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751, 2270 quoting *Employment Division v. Smith*, 494 U.S. 872, 877 (1990). "It means, too, the right to express those beliefs and to establish one's religious (or nonreligious) self-definition in the political, civic, and economic life of our larger community." *Hobby Lobby*, 134 S. Ct. 2751, 2285 (Kennedy, J., concurring).

## **SUBJECT-MATTER JURISDICTION**

**[5]** Federal courts may review decisions of a *de jure* or a *de facto* corporation[2] to determine whether its decisions cross the "line" and is "unreasonable." *Hobby Lobby*, 134 S. Ct. at 2278.

**[6]** "The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person: To redress the deprivation, under color of any State law, statute,…of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States…To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights" 28 U.S.C. § 1343(a)(3) & *see generally* 28 U.S.C. § 1343.

**[7]** "In any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in

---

2. "A corporation is simply a form of organization used by human beings to achieve desired ends." *Hobby Lobby*, 134 S. Ct. at 2768. "As Chief Justice Marshall observed nearly two centuries ago, a corporation is "an artificial being, invisible, intangible, and existing only in contemplation of law." *Hobby Lobby*, 134 S. Ct. 2751, 2294 (Ginsburg, J., dissenting) (internal citations omitted). "Corporations, Justice Stevens more recently reminded, "have no consciences, no beliefs, no feelings, no thoughts, no desires." *Citizens United v. Federal Election Comm'n*, 558 U. S. 310, 466 (2010) (opinion concurring in part and dissenting in part). *Hobby Lobby*, 134 S. Ct. 2751, 2294 (Ginsburg, J., dissenting). "An established body of law specifies the rights and obligations of the people (including shareholders, officers, and employees) [(board, alumni, faculty, students, administration, and society)] who are associated with a corporation in one way or another. When rights, whether constitutional or statutory, are extended to corporations, the purpose is to protect the rights of these [corporate] people." *Hobby Lobby*, 134 S. Ct. at 2768. Amongst the types of corporations include general business corporations, general local government corporations, and general utilities corporations, including schools and universities, which "excellent" corporations from the Common Law, and religious. U.S. const. art. VI, § 1 and Grievance 21, Decl. of Independence (1776). "Recognition of the discrete characters of "ecclesiastical and lay" corporations dates back to Blackstone, see 1 W. Blackstone, Commentaries on the Laws of England 458 (1765), and…before the enactment of the Internal Revenue Code." *Hobby Lobby*, 134 S. Ct. at 2296 (Ginsburg, J., dissenting). "But it is important to keep in mind that the purpose of this fiction is to provide protection for human beings." *Hobby Lobby*, 134 S. Ct. at 2768. Nonetheless, where power lies inside a corporation, per corporate sovereignty, is an intranal matter, permitted through the one right the Founders and Farmers said all persons possess – the right to debate. *See* infra.

the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367.

## FACTUAL BACKGROUND AND COMPLAINT

While seeking re-admissions at the University of Notre Dame du Lac Law School, I was asked to disclose any pending civil and expunged cases, and I did disclose the civil cases. I believe that the University of Notre Dame unlawfully discriminated against me by denying me re-admissions because of my expunged case, which I received in December 2017. *See generally* I.C. 35-38-9-10. Again, I was on a voluntary separation of leave in good standing and medical professionals cleared me for readmissions in January 2018 for re-admissions in Spring 2018 and Fall 2018 and subsequent cycles, per University of Notre Dame's University Counseling Center's law student re-admissions process. I.C. 35-38-9-10(b)(4) & (6) ("It is unlawful discrimination for any person to...refuse to admit...; or otherwise discriminate against; any person because of a conviction or arrest record expunged or sealed under this chapter."). I received supportive remarks for readmissions as well. The *de facto* corporation, University of Notre Dame Law School, made an unlawful discriminatory decision to not to re-admit me. *Id.* and 18 U.S.C. § 245(b)(2)(B) and 42 U.S.C. § 1983.

Besides, the University of Notre Dame du Lac does not require medical screening for first-year law school admissions or to exit the university on a voluntary separation of leave in good standing. *Hobby Lobby*, 134 S. Ct. at 2278. And, they unlawfully discriminated against me for using my political power/privilege/right secured to me as the "The Excellent" and "The Excellent" under the United States Constitution. 18 U.S.C. §§ 241 *et seq*.

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
1239 Spring Lake Drive
Brownsburg, IN 46112
Hendricks County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live


J.D. Candidate, Notre Dame L. Sch. 2022
President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corporate sovereign 2013-present)
Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corporate sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

# CERTIFICATE OF SERVICE

I, Raj K. Patel, certify that I filed the Second Amendments to Complaint on September 15, 2021, and I certify that I provided notice of filing to the United States and courtesy notice to all parties listed below:

| | |
|---|---|
| The United States (e-mail)<br>President of the United States<br><u>T.H.</u> <u>T.H.</u> <u>T.H.</u> <u>T.E.</u> Joe Biden<br>United States Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Merrick.Garland@usdoj.com | The United States (e-mail)<br>President of the United States<br><u>T.H.</u> <u>T.H.</u> <u>T.H.</u> <u>T.E.</u> Joe Biden<br>U.S. Attn'y's Office for the Dist. of N.J.<br>970 Broad Street, 7th Floor<br>Newark, NJ 07102<br>Rachael.Honig@usdoj.gov<br>USANJ.Civilrightscomplaint@usdoj.gov |
| <u>T.H.</u> <u>T.E.</u> Donald J. Trump (e-mail)<br>The Mar-a-Lago Club<br>1100 S. Ocean Blvd.<br>Palm Beach, FL 33480<br>joanna.hendon@alston.com | |
| Rev. John Jenkins, C.S.C., President (e-mail)<br>Marianne Corr, J.D., General Counsel<br>University of Notre Dame du Lac<br>400 Main Building<br>Notre Dame, IN 46556<br>president@nd.edu<br>mcorr1@nd.edu | Dr. Greg Fenves, Ph.D., President (e-mail)<br>Steven Sencer, J.D., General Counsel<br>Emory University, Inc.<br>201 Dowman Drive<br>Atlanta, GA 30322<br>president@emory.edu<br>steven.sencer@emory.edu |
| <u>T.H.</u> <u>T.H.</u> Eric Holcomb (Website)<br>Office of the Governor of Indiana<br>Indiana Statehouse<br>Indianapolis, IN 46204-2797 | <u>T.H.</u> <u>T.H.</u> <u>T.H.</u> Brian Kemp (Website)<br>Office of the Governor of Georgia<br>206 Washington Street<br>Suite 203, Georgia State Capitol<br>Atlanta, GA 30334 |
| <u>T.H.</u> <u>T.H.</u> <u>T.H.</u> Todd Rokita (Website)<br>Office of the Ind. Attn'y Gen.<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | <u>T.H.</u> Christopher M. Carr (Website)<br>Office of the Ga. Attn'y Gen.<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |

Allan Bolante, Brownsburg Police Commissioner President (e-mail)
Chief Joseph Grimes, Chief of Police
Major Andrew Watts, Chief of Support Services
Brownsburg Police Department
31 North Green Street
Brownsburg, IN 46112
abolante@brownsburgpolice.org
jgrimes@brownsburgpolice.org
awatts@brownsburgpolice.org

Eric Hilton, J.D., School Board President (e-mail)
Dr. Jim Snapp, Superintendent
Vicki Murphy, Coordinator for Communications
Brownsburg Community School Corporation
310 Stadium Drive
Brownsburg, IN 46112
ehylton@brownsburg.k12.in.us
jsnapp@brownsburg.k12.in.us
vmurphy@brownsburg.k12.in.us

Veronica S. Root Martinez, J.D. (e-mail)
University of Notre Dame Law School
2143 Eck Hall of Law
Notre Dame, IN 46556
574-631-4766
239-283-3220
vrootmartinez@nd.edu

Amy Spanopoulos, MSW, LCSW, LCAC (e-mail)
Associate Director, Coordinator of Clinical Services, Staff Social Worker & Substance Abuse Specialist
Univ. of Notre Dame Counseling Center
322 St. Liam Hall
Notre Dame, IN 46556
574-631-7336
aspanopo@nd.edu

Mark McKenna, J.D. (e-mail)
Former Univ. of Notre Dame Law School Torts Professor
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA, 90095
310.267.4117
mckenna@law.ucla.edu

G. Marcus Cole, J.D., Dean (e-mail)
University of Notre Dame Law School
2100 Eck Hall of Law
Notre Dame, IN 46556
574-631-6789
gcole2@nd.edu

Jake Baska (e-mail)
Director of Admissions and Financial Aid
University of Notre Dame Law School
1329C Biolchini Hall of Law
Notre Dame, IN 46556
574-631-6626
jbaska@nd.edu

Ascension St. Vincent Stress Center in Indianapolis (e-mail)
c/o Joseph R. Impicciche, JD, MHA, President and Chief Executive Officer
c/o Christine Kocot McCoy, JD, Executive Vice President and General Counsel
Ascension
4600 Edmundson Road
St. Louis, MO 63134
314-733-8000
communications@ascensionhealth.org
feedback@stvincent.org

Dr. Ajay Nair, Ph.D., President (e-mail)
Former Senior Vice President and
    Dean of Campus Life at Emory University
Margaret "Margie" Callahan, J.D., General Counsel
Aracadia University
450 S. Easton Road
Glenside, PA 19038
president@arcadia.edu
callahanm@arcadia.edu

Dr. Peter Salovey, Ph.D., President
Yale University
PO Box 208229
New Haven, CT 06520
203-432-4771
peter.salovey@yale.edu

Magistrate Judge Mark J. Dinsmore (e-mail)
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204
geeta_devellen@insd.uscourts.gov

Nina Patel (WhatsApp)
39 Quaker Ln
Colonia, NJ 07067
732-207-4667

Dhaval Patel (e-mail)
39 Quaker Ln
Colonia, NJ 07067
732-690-6153
dhavalpatel36@gmail.com

Charmi Patel (e-mail)

39 Quaker Ln
Colonia, NJ 07067
908-705-4563
charmipatel81@yahoo.com

Vidhi Patel Sharma, D.O. (e-mail)
1600 East Broadway
Columbia, MO 65201-5844
vidhi.patel0727@gmail.com

Governor Phil Murphy (website)
Office of Governor of New Jersey
PO Box 001
Trenton, NJ 08625
609-292-6000

Acting Attorney General Bruck (website)
Trenton, NJ 08625


Dated: September 15, 2021

                Respectfully submitted,


                /s/ Raj K. Patel
                <u>T.E.</u>, <u>T.E.</u> Raj K. Patel (*pro se*)
                1239 Spring Lake Drive
                Brownsburg, IN 46112
                317-450-6651 (cell)
                rajp2010@gmail.com
                raj@rajpatel.live